## INDEX OF EXHIBITS

Order on Unopposed Motion for Entry of Consent Order ........................................................ Ex. 1

Consent Order Between ODEQ and OG&E ............................................................................ Ex. 2

PSD-OK-57 (issued March 30, 1978, modified Sept. 25, 1978) ............................................. Ex. 3

SIP Permit No. 77-084-0 (Sept. 6, 1985) ................................................................................ Ex. 4

Title V Permit No. 97-136-TV (June 27, 2001) ...................................................................... Ex. 5

Title V Permit No. 97-136-TV (M-2) (Sept. 16, 2003) ........................................................... Ex. 6

Title V Permit No. 2005-271-TVR (Sept. 8, 2009) ................................................................. Ex. 7

Title V Permit No. 2005-271-TVR (M-1) (Mar. 25, 2013) ..................................................... Ex. 8

Performance Test Results for PM emissions from Muskogee Unit 6 (June 2006) .................. Ex. 9

Emission Rate from Unit 6 Performance Test (2014) ............................................................ Ex. 10

OG&E Quarterly Reports On Consent Order Compliance (2011-2014) ............................... Ex. 11

12 Ok. Reg. 1629 (June 1, 1995) ........................................................................................... Ex. 12

Order, *Sierra Club v. Energy Future Holdings Corp.*, No. 12-108, Dkt. 240, at 16 (W.D. Tex. Feb. 10, 2014) ........................................................................................................................ Ex. 13