# EX. 1

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CASE NO.: CJ-2011-3361 |
| OKLAHOMA GAS AND ELECTRIC COMPANY and OGE ENERGY CORP., | § § § § § | |
| Defendants. | § § | |



FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JUN - 2 2011

PATRICIA PRESLEY, COURT CLERK
by_____
        DEPUTY

**ORDER**

The Court having read and considered the Unopposed Motion for Entry of Consent Order filed by Plaintiff, the Oklahoma Department of Environmental Quality, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Consent Order is APPROVED and ENTERED.

Dated this __2__ day of __June__, 2011.

_/s/ Lisa Davis_

_/s/ Robert Singletary_