# EX. 4



RECEIVED SEP 17 1985

Joan K. Leavitt, M.D.
Commissioner

**Board of Health**
Edward H. Fite, Jr., M.D. — President
Wallace Byrd, M.D. — Vice President
Robert D. McCullough, II D.O. — Secretary
John B. Carmichael, D.D.S.
James A. Cox, Jr., M.D.
Linda M. Johnson, M.D.
Ernest D. Martin
Walter Scott Mason, III
W.A. "Tate" Taylor

**OKLAHOMA STATE DEPARTMENT OF HEALTH**

P.O. BOX 53551
1000 N.E. TENTH
OKLAHOMA CITY, OK 73152

AN EQUAL OPPORTUNITY EMPLOYER

September 16, 1985

Mr. Charles L. Tyree
Chief - Environmental Affairs
Oklahoma Gas & Electric
P.O. Box 321
Oklahoma City, Oklahoma  73101

Re: Operating Permit 77-084-O
    Oklahoma Gas and Electric Company
    Muskogee Station
    Muskogee County, Oklahoma
    Coal-Fired Steam Generation #6 Addition

Dear Mr. Tyree:

   Enclosed is the permit authorizing operation of the referenced facility. Please note that this permit is issued subject to certain standard and specific conditions which are attached.

   Thank you for your cooperation in this matter. If we may be of further service, please contact our office.

Very truly yours,

Joyce D. Sheedy
Environmental Engineer
Permits & Enforcement Division
AIR QUALITY SERVICE

JDS/cw
Enclsr.



# PERMIT

AIR QUALITY SERVICE
ENVIRONMENTAL HEALTH SERVICES
OKLAHOMA STATE DEPARTMENT OF HEALTH
OKLAHOMA CITY, OKLAHOMA 73152

Date: September 6, 1985      Permit No. 77-084-0

The Oklahoma Gas and Electric Company, having complied with the requirements of the law, is hereby granted permission to operate the unit 6 steam generator and associated facilities at the Muskogee Generating Station located in Muskogee County, Oklahoma, as specified in the permit application and supplementary material submitted,

subject to the following conditions, attached:

☒ Standard Conditions
☐ Standard Conditions for EPA New Source Performance Standards
☒ Specific Conditions

_____ Chief, Air Quality Service
_____ Deputy Commissioner for Environmental Health Services
_____ Commissioner of Health

ODH Form No. 885
Revised 5/82

PERMIT TO OPERATE
AIR POLLUTION CONTROL FACILITY
(continued)

Specific Conditions                                     Permit No. 77-084-0

1. Points of emission and emission limitations for each point:

|  | TSP | $SO_2$ | $NO_x$ | CO | Opacity |
|---|---|---|---|---|---|
| Unit 6 Boiler | 212 lb/hr | 6180 lb/hr<br>1.2 lb/$10^6$ BTU | 3605 lb/hr<br>0.7 x $10^6$ BTU | 180 lb/hr* | 20% |
| Coal Preparation and Handling Equipment |  |  |  |  | 20% |

2. The permittee is authorized to operate this permitted facility 24 hours per day, 7 days per week, 52 weeks per year.

3. A file shall be maintained on site containing all measurements including continuous monitoring system, monitoring device, and performance testing measurements; all continuous monitoring system performance evaluations, all continuous monitoring system or monitoring device calibration checks and adjustments and maintenance performed on these systems or devices; and all other information required by 40 CFR Part 60. This information shall be recorded in a permanent form suitable for inspection and shall be retained for at least two years following the date of such measurements, maintenance, reports and records.

*Based on AP-42, Table 1.1-1 emission factor of 0.6 lb/ton of coal and a maximum coal consumption rate of 598,500 lb/hr.

PERMIT TO OPERATE AIR
POLLUTION CONTROL FACILITY
(continued)

Standard Conditions

1. If any statement or representation in the application is found to be incorrect, this permit may be revoked and the permittee thereupon waives all rights thereunder; however, the application may be amended and a supplemental written permit issued therefor.

2. Any modification of operating procedures from those for which this permit was issued which results in an increase in emission of air contaminants without notification of Air Quality Service, Oklahoma State Department of Health, shall be grounds for revocation of this permit.

3. Any agent of the Oklahoma State Department of Health shall have the right and authority to inspect at reasonable times the operation of the equipment for which this permit is issued.

4. This permit shall not be considered in any manner affecting the title of the premises upon which the equipment is located, does not release the permittee from any liability for damage to persons or property caused by or resulting from the maintenance or operation of the equipment for which this permit is issued, and does not release the permittee from compliance with other applicable rules, regulations and statutes of Oklahoma or with applicable local laws, rules, regulations or ordinances.

5. This permit is subject to periodic review and change as deemed necessary to fulfill the intent and purposes of the Oklahoma Clean Air Act and rules and regulations promulgated in accordance therewith.

6. In compliance with Section 11.1 of Regulation No. 11 (Malfunction of Control Equipment), written notice containing the information required by this section shall be submitted to Air Quality Service of the Oklahoma State Department of Health.

7. In compliance with Section 11.2 of Regulation No. 11, the operator of the equipment for which this permit is issued will notify Air Quality Service, Oklahoma City, Oklahoma, phone (405) 271-5220, and when the emergency has been controlled, submit to Air Quality Service, Oklahoma State Department of Health, the information required in this section within 30 days of the occurrence.