# EX. 10



**AIR SAMPLING ASSOCIATES, INC.**

P.O. Box 1175 • Lewisville, TX 75067 • Phone: (972) 219-1001 • Toll-Free: (866) 311-9940 • Fax: (972) 219-1002

911 E. Highway 121 Business • Lewisville, TX 75057

May 21, 2014

Mr. Thomas Leach
Supervisor, Testing Technologies
OG + E Electric Services
321 North Harvey
Oklahoma City, Oklahoma 73101

RE: Preliminary Results for Muskogee Unit No. 6

Dear Mr. Leach:

The results from the testing that was performed on Muskogee Unit No. 6 on April 29 and 30, 2014 are attached. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Billy J. Mullins, Jr.*
Billy J. Mullins, Jr., PE, QSTI, QEP, DEE

President

## Muskogee Unit No. 6 Preliminary Results

| Run No. | 1 | 2 | 3 | Average |
|---|---|---|---|---|
| >PM10: | | | | |
| Lbs/hr | 0.0 | 1.3 | 0.0 | 0.4 |
| Lbs/mmbtu | 0.0000 | 0.0003 | 0.0000 | 0.0001 |
| <PM10>PM2.5: | | | | |
| Lbs/hr | 65.4 | 39.8 | 80.5 | 61.9 |
| Lbs/mmbtu | 0.0122 | 0.0077 | 0.0154 | 0.0118 |
| <PM2.5: | | | | |
| Lbs/hr | 5.2 | 17.4 | 8.8 | 10.5 |
| Lbs/mmbtu | 0.0010 | 0.0034 | 0.0017 | 0.0020 |
| CPM: | | | | |
| Lbs/hr | 147.9 | 116.7 | 113.3 | 126.0 |
| Lbs/mmBtu | 0.0276 | 0.0226 | 0.0216 | 0.0239 |
| Total: | | | | |
| Lbs/hr | 218.5 | 175.2 | 202.6 | 198.8 |
| Lbs/mmbtu | 0.0408 | 0.0340 | 0.0387 | 0.0378 |