**EX. 12**

**VOLUME 12**
**NUMBER 15**
**JUNE 1, 1995**
**PAGES 1541 - 1886**





DO NOT REMOVE FROM LL RR

# The Oklahoma Register

Secretary of State
Office of Administrative Rules

*IN THIS ISSUE*

AGRICULTURE, State Department of
BANKING Department, State
COMMERCE, Oklahoma Department of
CORPORATION Commission
ENVIRONMENTAL Quality, Department of
GOVERNOR
HEALTH, Oklahoma State Department of
HEALTH Care Authority, Oklahoma
HORSE Racing Commission, Oklahoma
HOUSING Finance Agency, Oklahoma
HUMAN Services, Department of
MENTAL Health and Substance Abuse Services, Department of
OPTOMETRY, Board of Examiners in
PERSONNEL Management, Office of
REAL Estate Appraiser Board
REAL Estate Commission, Oklahoma
SCENIC Rivers Commission
TRANSPORTATION, Department of
VOCATIONAL and Technical Education, Oklahoma Department of
WILDLIFE Conservation, Department of

**THE OKLAHOMA REGISTER IS AN OFFICIAL PUBLICATION** of the State of Oklahoma. It contains rules, notices of rulemaking intent, rulemaking actions, executive orders, local project funding contract announcements, and other documents filed with the Secretary of State's Office of Administrative Rules pursuant to the Administrative Procedures Act, 75 O.S., Sections 250 et seq., and Executive Order 88-16. **The rules of the State of Oklahoma have been codified; however, a published *Code* does not exist at this time.**



**THE OKLAHOMA REGISTER IS PUBLISHED TWICE MONTHLY** as required by 75 O.S., Section 255 and OAC 655:10-15-1. The *Register* is published on the first working day of each month and on the first working day following the 14th day of each month.

**DEADLINES FOR ACCEPTANCE OF DOCUMENTS** for publication in each succeeding *Register* are:

| | | |
|---|---|---|
| October 14, 1994 | February 15, 1995 | June 15, 1995 |
| November 1, 1994 | March 1, 1995 | June 30, 1995 |
| November 15, 1994 | March 15, 1995 | July 14, 1995 |
| December 1, 1994 | March 31, 1995 | August 1, 1995 |
| December 15, 1994 | April 14, 1995 | August 15, 1995 |
| December 30, 1994 | May 1, 1995 | September 1, 1995 |
| January 13, 1995 | May 15, 1995 | September 15, 1995 |
| February 1, 1995 | June 1, 1995 | September 29, 1995 |

**DOCUMENTS SUBMITTED FOR PUBLICATION IN *THE OKLAHOMA REGISTER* ARE AVAILABLE FOR PUBLIC INSPECTION** at the office of the issuing agency and at the Office of Administrative Rules, located at 418 Will Rogers Building, Oklahoma City, OK, from 8:00 a.m. to 5:00 p.m., Monday through Friday (405-521-4911). ***THE OKLAHOMA REGISTER* IS AVAILABLE FOR PUBLIC INSPECTION** during business hours at the Office of the County Clerk in each county in Oklahoma. The *Register* is also deposited in the following Oklahoma libraries:

Ada - East Central University
Alva - Northwestern University
Bartlesville - Bartlesville Public Library
Clinton - Western Plains Library System
Edmond - Central State University
Enid - Public Library of Enid and Garfield County
Lawton - Lawton Public Library
McAlester - Southeastern Public Library System
Norman - University of Oklahoma
Oklahoma City - Metropolitan Library System
Stillwater - Oklahoma State University
Tahlequah - Northeastern University
Tulsa - Tulsa City-County Library
University of Tulsa
University of Tulsa, Law Library

*Copies are also available through the interlibrary loan network of the Oklahoma Department of Libraries.*

**CITE MATERIAL PUBLISHED IN *THE OKLAHOMA REGISTER*** by volume and the document's beginning page number. *For example:* 11 Ok Reg 256.

**SUBSCRIPTION RATE** is $150.00 per year (for 4th class postal delivery) or $200.00 per year (for 1st class postal delivery), payable in advance. When available, individual issues may be purchased for $7.00 plus the cost of postage, payable in advance. Make checks payable to "Secretary of State." Send subscription requests, change of address notices, and undelivered copies to: Office of Administrative Rules, Secretary of State, 418 Will Rogers Building, Oklahoma City, OK 73105.

**FOR INFORMATION** about this publication, write to the Office of Administrative Rules, Secretary of State, 418 Will Rogers Building, Oklahoma City, OK 73105, or call 405-521-4911.

---

**Frank Keating, Governor**
**Tom Cole, Secretary of State**
**Pam Warren, Assistant Secretary of State**

**Peggy Coe, Managing Editor**
**Sylvia Talbert, Productions Editor**
**Lisa Cole, Editorial Assistant**
**Linda Wilson, Editorial Assistant**

---

*This publication is issued by the Secretary of State, as authorized by 75 O.S., Section 255. 280 copies have been prepared and distributed at a cost of $2357.15. Copies have been deposited with the Publications Clearinghouse of the Oklahoma Department of Libraries. There is no restriction on duplication. ISSN 0030-1728*

TITLE 252.  DEPARTMENT OF ENVIRONMENTAL QUALITY
CHAPTER 100.  AIR POLLUTION CONTROL

RULE MAKING ACTION:  PERMANENT final adoption.
RULES:    252:100-45-4, Compliance certifications [NEW]; and
          252:100-45-5, Enforcibility [NEW]
AUTHORITY:    Environmental Quality Board; 27A O.S. Supp. 1993,
§§ 2-2-101, 2-5-101 et seq.
DATES:
  Comment period:  October 6, 1994 through November 30, 1994.
  Public hearing:  November 30, 1994.
  Adoption:  November 30, 1994.
  Submitted to Governor:  December 9, 1994.
  Submitted to House:  December 9, 1994.
  Submitted Senate:  December 9, 1994.
  Gubernatorial approval:  January 23, 1995.
  Legislative approval:  Failure of the Legislature to disapprove
  the rules resulted in approval on March 29, 1995.
  Final adoption:  March 29, 1995.
  Effective:  July 1, 1995.
SUPERSEDED EMERGENCY ACTIONS:
  Superseded rules: 252:100-45-4, Compliance certifications [NEW];
  and 252:100-45-5, Enforcibility [NEW].
  Gubernatorial approval:  January 5, 1995.
  Register publication:  12 Ok Reg 743.
  Docket number:  95-3.
INCORPORATIONS BY REFERENCE:    None
ANALYSIS:    The intent of this revision is to correct inadequacies
in the Oklahoma State Implementation Plan (SIP) as identified by
EPA.  The corrections allow a permitted source to use any credible
evidence to demonstrate compliance and allow the EPA to use any
credible evidence to establish violations and enforce the Oklahoma
SIP.  The net result would be an EPA-approvable SIP, as required by
the 1990 Clean Air Act Amendments.
SUMMARY OF DIFFERENCES FROM ANALOGOUS FEDERAL RULES:
This revision corrects possible differences in interpretation of
state rules and federal law.  The Air Quality Council recommended
the permanent adoption of this revision at their meeting on October
11, 1994.  The Air Quality Council began receiving comments on this
new rule on August 8, 1994.
CONTACT PERSON:  Mr. Scott Thomas, DEQ Air Quality Division, Suite
250, Lincoln Plaza Office Complex, 4545 N. Lincoln Blvd. Oklahoma
City, Oklahoma  73105.  (405) 271-5220.


PURSUANT TO THE ACTIONS DESCRIBED HEREIN, THE FOLLOWING RULES ARE
CONSIDERED FINALLY ADOPTED AS SET FORTH IN 75 O.S., SECTION
308.1(A), WITH AN EFFECTIVE DATE OF JULY 1, 1995.

Page 0

CHAPTER 100.  AIR POLLUTION CONTROL
SUBCHAPTER 45.  MONITORING OF EMISSIONS

252:100-45-4.  Compliance certifications
  Notwithstanding any other provision in the State of Oklahoma
implementation plan approved by the Administrator, for the purpose
of submission of compliance certifications an owner or operator is
not prohibited from using monitoring as required under 252:100-8-6
(a) (3) and incorporated into a federally enforceable operating
permit in addition to any specified compliance methods.

252:100-45-5.  Enforcibility
  Notwithstanding any other provision in the State of Oklahoma
implementation plan approved by the Administrator, any credible
evidence may be used for the purpose of establishing whether a
person has violated or is in violation of any such plan.
  (1)  Information from the use of the following methods is
  presumptively credible evidence of whether a violation has
  occurred at the source:
    (A) A monitoring method approved for the source pursuant to
    252:100-8-6 (a) (3) and incorporated in a federally
    enforceable operating permit.
    (B) Compliance methods specified in the applicable plan.
  (2)  The following testing, monitoring or information gathering
  methods are presumptively credible testing, monitoring or
  information gathering methods:
    (A) Any federally-enforceable monitoring or testing methods,
    including those in 40 CFR parts 51, 60, 61 and 75.
    (B) Other testing, monitoring or information-gathering methods
    that produce information comparable to that produced by any
    method in (1) or (2) (A) of this section.


[Okla. Reg. 95-615; filed April 26, 1995]

Page 1